# EXHIBIT A

# Douglas M. Day
# 4741 Rollins RD.
# Augusta, GA 30906
# 706-833-1305 Cell

dday@taxreliefservice.net

August 11, 2017


**To:**   Southern Electrical Retirement Fund
3928 Volunteer Dr.
Chattanooga, TN 37416-3817
423-899-2593 Office
EIN 62-6125711


**Sub:**   Douglas M. Day
349 Greene St.
Augusta, GA 30901
IBEW# D626823
SS# XXX-XX-7464


**Re:**   "Requested Documents" 1993 Lost Pension Contributions

| Year 1993 | |
|---|---|
| Local Union 558 | Stone & Webster Engr. Corp. |
| 1803 E 17th St. | 245 Simmer St. |
| Sheffield, AL 35660 | Boston, Massachusetts 02210 |
| 256-383-2279 office | FIN# 04-1875140 |
| | AL Employer ID 173791 |


Dear Ms. Eddington or Plan Administrator:

From our email correspondence dated 7/15/2016, you stated, *"Should you have any further questions or need additional information please do not hesitate to contact the Fund office".*

Please forward this request to the Fund Office" and have them provide complete copies of the following within 30 days:

1) "SPD booklet" (Summary Plan Description), *current edition please*

2) 1993 "Trust Agreement[s]" or original copy of (the agreement between the employer (Stone & Webster) and the Trustee [SERF}),

3) 1993 or the original copy of the "Plan Document" (the document[s] that set up the plan initially drafted by Local Union 558 or a committee of their members)

4) 1993 or original copy of the "CBA" (Collective Bargaining Agreement, between LU 558 and the employer (Stone & Webster) FBO the union workers.

5) Also, any information on the "Claims filing Procedure". *Current information please.*

**NOTE:** This request has been sent to you by email, this mailed copy is sent under ERISA Sec. 104(b)(4).

Respectfully,

**Douglas M.Day** *EA/RIA/AAS/USTCP (pending)*

**Federal Tax Consultant & Registered Investment Advisor**