# EXHIBIT B

# Douglas M. Day
# 4741 Rollins RD.
# Augusta, GA 30906
# 706-833-1305 Cell
### dday@taxreliefservice.net

October 30, 2017

**To:**

| | |
|---|---|
| Southern Electrical Retirement Fund | Att: R. Jan Jennings |
| **Attn:** Compliance Department | Branstetter, Stranch & Jennings, PLLC |
| Plan Administrator | 223 Rosa L. Parks Avenue Suite 200 |
| 3928 Volunteer Dr. | Nashville, TN 37203 |
| Chattanooga, TN 37416-3817 | janj@bsjfirm.com |
| 423-899-2593 Office | 615-254-8801 Office |
| EIN 62-6125711 | |

**Sub:** Douglas M. Day/SERF Plan Participant
349 Greene St.
Augusta, GA 30901
IBEW# D626823
SS# XXX-XX-7464
706-833-1305 Cell

**Re:** **a)** *2nd REQUEST:* "Requested Documents" 1993 Lost Pension Contributions

**b) NOTE:** Intent to Seek Penalties Under the Statute for Failure to Comply[1]

<div style="border: 1px solid black; text-align: center;">**Contribution Year 1993**</div>

---

[1] ERISA Sec. 104(b)(4) (**4**) The administrator shall, upon written request of any participant or beneficiary, furnish a copy of the latest updated summary, ,[2] plan description, and the latest annual report, any terminal report, the bargaining agreement, trust agreement, contract, or other instruments under which the plan is established or operated.

| | |
|---|---|
| Local Union 558<br>1803 E 17th St.<br>Sheffield, AL 35660<br>256-383-2279 office | Stone & Webster Engr. Corp.<br>245 Simmer St.<br>Boston, Massachusetts 02210<br>FIN# 04-1875140<br>AL Employer ID 173791 |

Dear Ms. Eddington, Plan Administrator:
Please provide this request with your Compliance Department and Representing Attorney.

On 7/15/2016 during email correspondence Ms. Eddington stated, *"Should you have any further questions or need additional information please do not hesitate to contact the Fund office".*

On 8/11/2017 I sent my **_FIRST Request_**, certified/w/rr to your above referenced address, as noted below.



This letter requested production within 30 days of the date of the letter. However, although this request was delivered 8/16/2017 10:32am, this request was unanswered.



Therefore, I have provided a second request of which I am seeking penalties under the production statute if your entity does not comply.

Please forward this *2nd Request* to the Fund Office" and have them provide complete copies of the following within 30 days from the date of this **_SECOND Request_** letter:

Please provide my office a reasonable charge to cover the cost of furnishing such complete copies so that I can provide payment.

*Requested Documents:*

**1)** "SPD booklet" (Summary Plan Description), *current edition please*

**2)** 1993 "Trust Agreement[s]" or original copy of (the agreement between the employer (Stone & Webster) and the Trustee [SERF}), which was established sometime around 1975.

**3)** 1993 or the original copy of the "Plan Document" (the document[s] that set up the plan initially drafted by Local Union 558 or a committee of their members).

**4)** 1993 or original copy of the "CBA" (Collective Bargaining Agreement, between LU 558 and the employer (Stone & Webster) FBO of the union workers.

**5)** Finally, any information on the "Claims filing Procedure". *Current information please.*

**NOTE 1:** The *First Request* was sent to you by email, and the paper document was mailed Certified under ERISA Sec. 104(b)(4).

**NOTE 2:** This *Second Request* is being sent to you by email, and this paper document is being mailed Certified under ERISA Sec. 104(b)(4).

**NOTE 3:** A copy of this *Second Request* is being sent to your Attorney R. Jan Jennings, as referenced above.

Respectfully,

**Douglas M.Day** *EA/RIA/AAS*

**Federal Tax Consultant & Registered Investment Advisor**