UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DOUGLAS DAY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 1:19-CV-253-TAV-CHS |
| SOUTHERN ELECTRICAL RETIREMENT FUND BOARD OF TRUSTEES, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the memorandum opinion entered contemporaneously with this order, the Court orders as follows:

- Plaintiff's objections [Doc. 28] to the R&R are **OVERRULED**.

- The Court **ACCEPTS IN WHOLE** the R&R [Doc. 27].

- Defendant's first motion to dismiss [Doc. 9] is **GRANTED**, and plaintiff's 29 U.S.C. § 1132(c) claim is **DISMISSED WITH PREJUDICE**.

- Defendant's second motion to dismiss [Doc. 21] is **GRANTED**, and plaintiff's 29 U.S.C. § 1132(a)(1)(B) claim is **DISMISSED WITHOUT PREJUDICE**.

- The Clerk of Court is **DIRECTED** to **CLOSE THIS CASE**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ John L. Medearis
    CLERK OF COURT